UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Thomas Brian Bastian
50 Forge Road
Medford, NJ. 08055
Tel. (609) 500-3623

FILED:BANKRUPTCY:NJB
2026 FEB 2 AM11:44:39

In Re:
*[Enter the debtor's name(s)]*

Thomas Brian Bastian

Case No.: 26-10677
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Judge: Honorable Mark E. Hall
*[Enter the Judge's last name]*

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* __Thomas Brian Bastian__, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* __January 21st, 2026__.

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* __13__ of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed.* According to the *Notice,* I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* __February 4th, 2026__.

4. I ☐ have, ☒ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* I have been experiencing some significant difficulties locating a local Bankruptcy Attorney who can take over my case responsibilities and assist me with the rest of the case documents that are due in this case. The recent dangerous weather conditions have made the process even more difficult to navigate. Due to the complex nature of my case, I really need counsel to assist me with the filing of my documents and Chapter 13 plan.

I certify under penalty of perjury that the foregoing statements are true.

Date: 01/30/2026

Signature of Debtor

Date: _____

Signature of Joint Debtor (if any)

