UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Thomas Brian Bastian
50 Forge Road
Medford, NJ. 08055
Tel. (609) 500-3623

FILED:BANKRUPTCY:NJB
2026 FEB 2 AM11:44:51

In Re:
*[Enter the debtor's name(s)]*

Thomas Brian Bastian

Case No.:        26-10677
                 *[Enter the case number]*

Chapter:         13
                 *[Enter the chapter of the case]*

Judge:           Honorable Mark E. Hall
                 *[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, *[Enter your name]* __Thomas Brian Bastian__ am the *[Enter your relationship to the case. For example, debtor, debtor's attorney]* ____Debtor____ in this case.

2. On *[Enter the date you served the documents]* ___January 30th, 2026___ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   *[Pace a check next to each document you served]*

   ☒ Application to Extend Time to File Missing Documents

   ☒ Proposed Order Extending Time to File Missing Documents

   ☐ Other _____
      *[Specify the additional document(s) served]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: ___01/30/2026___
*[Enter the date you signed this document]*

Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>United States Bankruptcy Court<br>District of New Jersey<br>402 East State Street<br>Trenton, NJ. 08608 | *[Enter the party's relationship to the case]*<br>Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Albert Russo<br>Standing Chapter 13 Trustee<br>P.O. Box 4853<br>Trenton, NJ 08650 | *[Enter the party's relationship to the case]*<br>Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Selene Finance, LP.<br>Attn: Bankruptcy Department<br>P.O. Box 8619<br>Philadelphia, PA. 19101-8619 | *[Enter the party's relationship to the case]*<br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>Stern & Eisenberg, PC.<br>Attn: Bankruptcy Department<br>1120 Route 73, Suite# 400<br>Mount Laurel, NJ. 08054 | *[Enter the party's relationship to the case]*<br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>KML Law Group, PC.<br>Attn: Bankruptcy Department<br>701 Market Street, Suite# 5000<br>Philadelphia, PA 19106 | *[Enter the party's relationship to the case]*<br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |