UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Thomas Brian Bastian

Case Number: 26-10677

Hearing Date: 2/19/2026

Judge: Hall

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 19, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to March 12, 2026.
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev.12/1/2025*